UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, | * * * * |
| Plaintiff, | * * |
| v. | *   Civil Action No. 21-550-JWD-SDJ |
| | * |
| RIVET & SONS, LLC, GLYNN J. RIVET, Individually, BRENT RIVET, Individually and CLINTON RIVET, Individually | * * * * |
| Defendants. | |

## ORDER

Considering Plaintiff's *Unopposed Motion to Respond to Defendants' Motion for Stay or Alternatively Motion to Dismiss* (Motion); the lack of opposition thereto; and for good cause shown;

**IT IS ORDERED** that Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor, shall file a response to *Defendants' Motion for Stay or Alternatively Motion to Dismiss* (Doc.34), no later than **5:00 p.m.** on February 10, 2022.

Signed in Baton Rouge, Louisiana, this  8th   day of January 2022.

_____
**JOHN W. deGRAVELLES**
**DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**