UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,     Plaintiff, <br><br>v.<br><br>RIVET & SONS, LLC, <br>GLYNN J. RIVET, Individually, <br>BRENT RIVET, Individually and <br>CLINTON RIVET, Individually <br><br>    Defendants. | CIVIL ACTION <br><br> No. 21-550-JWD-SDJ |

## NOTICE OF APPEARANCE OF CO-COUNSEL

Pursuant to Local Civil Rule 83(b)(4), the undersigned notifies the Clerk of Court of the appearance of the following attorney as additional counsel for Plaintiff Martin J. Walsh, Secretary of Labor (Secretary), United States Department of Labor (DOL):

> John M. Bradley, Texas Bar No. 24087201
> Trial Attorney
> U. S. Department of Labor
> Office of the Solicitor
> 525 Griffin Street, Suite 501
> Dallas, Texas 75202
> Telephone (972) 850-3138
> Facsimile (972) 850-3101
> bradley.john.m@dol.gov

Baton Rouge, Louisiana, this 10th day of January 2022.

        UNITED STATES OF AMERICA, by

        RONALD C. GATHE, JR.
        UNITED STATES ATTORNEY


        /s/ Davis Rhorer Jr.
        Davis Rhorer Jr., LBN 37519
        Assistant United States Attorney
        777 Florida Street, Suite 208
        Baton Rouge, Louisiana 70801
        Telephone: (225) 389-0443
        Fax: (225) 389-0685
        E-mail: davis.rhorer@usdoj.gov

        *Local Counsel for Sec. Martin J. Walsh*