UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> RIVET & SONS, LLC, <br> GLYNN J. RIVET, Individually, <br> BRENT RIVET, Individually and <br> CLINTON RIVET, Individually <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * Civil Action No. 21-550-JWD-SDJ <br> * <br> * <br> * <br> * <br> * |

### ORDER

Considering the joint **STIPULATION OF DISMISSAL** filed by Plaintiff, Rivet & Sons, LLC, Brent Rivet, and Clinton Rivet under Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

**IT IS ORDERED** that the above-referenced matter is **dismissed** with prejudice as to Rivet & Sons, LLC, Brent Rivet and Clinton Rivet. Each of the aforementioned parties stipulate that each will bear their own attorney's fees, costs, and other expenses incurred in connection with any stage of this proceeding, including but not limited to any attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

The Court shall retain jurisdiction of this action for the purpose of enforcing compliance with the terms of the Consent Judgment entered by Plaintiff and former Defendant Glynn Rivet and any motions to modify the injunction stated within the Consent Judgment signed by former Defendant Glynn Rivet.

Signed in Baton Rouge, Louisiana, this 28th day of August 2023.

_____
JOHN W. deGRAVELLES
DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA